UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARYLIN TAYLOR, <br><br> Plaintiff, <br><br> v. <br><br> BRADLEY JOHNSON ATTORNEYS, P.C., et al., <br><br> Defendants. | CASE NO. C08-963RSM <br><br> ORDER GRANTING MOTION FOR VOLUNTARY DISMISSAL |

Plaintiff Marylin Taylor, appearing *pro se* and *in forma pauperis*, filed this complaint for employment discrimination pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5. On August 21 and 22, 2008, she filed three separate motions: a motion to dismiss her complaint (Dkt. # 6), a motion to dismiss without prejudice (Dkt. # 7), and a motion to strike the first motion to dismiss (Dkt. # 8). The Court notes that although this last motion is captioned as a motion to strike, the relief requested is still dismissal of the complaint. The Court deems this motion as requesting that the first motion, Dkt. # 6, be stricken so that the second motion to dismiss may be considered.

Accordingly, the Court GRANTS the motion to strike the original motion (Dkt. # 8), STRIKES the first motion (Dkt. # 6), and GRANTS the second motion for voluntary dismissal (Dkt. # 7). This complaint is hereby DISMISSED without prejudice. The Clerk shall close the file and send a copy of this Order to plaintiff at her address of record.

DATED this 2 day of September 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR
VOLUNTARY DISMISSAL - 1